**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8519**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AMIR JAMES ATTAR,

Defendant - Appellant.

---

**No. 96-6097**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AMIR JAMES ATTAR,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge; W. Earl Britt, District Judge. (CR-92-88, CA-95-548-5)

---

Submitted:  December 19, 1996      Decided:  December 30, 1996

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Amir James Attar, Appellant Pro Se.  Charles Edwin Hamilton, III,
OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In Appeal No. 95-8519, Appellant appeals from the district court's orders denying his motion for release on bail and denying his motion for reconsideration. Appeal No. 96-6097 is Appellant's appeal from the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the records in these appeals and the district court's opinions and find no abuse of discretion and no reversible error. Accordingly, we deny Appellant's motion for release pending appeal and affirm on the reasoning of the district court. United States v. Attar, Nos. CR-92-88; CA-95-548-5 (E.D.N.C. Oct. 13, 1995; Oct. 27, 1995; & Nov. 9, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED